IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSEPH K. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV456 |
| | ) | |
| LEWIS ALLEN, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

On June 9, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2 and 3.) Plaintiff filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 1), filed as an action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint, on the proper forms, correcting the defects set out

in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 11th day of August, 2015.

                                         /s/ William L. Osteen, Jr.
                               _____
                                        United States District Judge